CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6474
    Fax: (415) 436-6748
    sarah.balkissoon@usdoj.gov

Attorneys for Defendants

APPROVED
Judge Susan van Keulen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZAHRA SHOKRI VARNIAB and ASHKAN POURABHARI LANGOUDI,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services; KRISTI NOEM, in her official capacity as Secretary of U.S. Department of Homeland Security; and PAMELA BONDI, in her official capacity as Attorney General,<br><br>    Defendants. | Case No. 5:25-cv-10602-SVK<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>The Honorable Susan van Keulen |

On January 1, 2026, Plaintiffs filed an amended complaint (the "Amended Complaint"). Dkt. No. 8. On January 3, 2026, Plaintiffs filed a Motion for Preliminary Injunction (the "Motion"), which was heard on February 10, 2026, and is submitted. Dkt. No. 27. Defendants' deadline to respond to the Amended Complaint is currently February 13, 2026. The parties have met and conferred and agree that the outcome of the Motion may materially impact Defendants' response to the Amended Complaint. Thus, the parties hereby stipulate as follows:

    1.    Defendants' deadline to respond to the Amended Complaint should be extended to thirty

(30) days after the Court issues its order regarding the Motion.

IT IS SO STIPULATED.

Dated: February 11, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney

Attorneys for Defendants

Dated: February 11, 2026

*/s/ Curtis Lee Morrison*
CURTIS LEE MORRISON
Red Eagle Law

Attorneys for Plaintiffs

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.