United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZAHRA SHOKRI VARNIAB, et al.,

Plaintiffs,

v.

JOSEPH B. EDLOW, et al.,

Defendants.

Case No.  25-cv-10602-SVK

**ORDER FOLLOWING MARCH 24, 2026 CASE MANAGEMENT CONFERENCE**

The Court held a Case Management Conference on March 24, 2026.  Before the conference, the Parties reported that:  (1) USCIS has denied Plaintiffs' I-485 and I-765 applications; (2) Plaintiffs intend to file a Second Amended Complaint ("SAC"); and (3) Defendants take the position that this case is now moot.  *See* Dkt. 42, 44.  At the Case Management Conference, Defendants consented to Plaintiffs' filing of a SAC, and the Parties will present their respective jurisdictional arguments in expedited briefing on Defendants' response to the SAC.  The Court **ORDERS** as follows for the reasons stated on the record:

1. Plaintiffs' SAC is due by **March 30, 2026**.

2. Briefing on Defendants' response to the SAC will take place on the following schedule:

   a. Defendants' brief is due **April 3, 2026.**

   b. Plaintiffs' opposition is due **April 10, 2026.**

   c. Defendants' reply is due **April 15, 2026.**

   d. The Court will set a hearing if necessary.

3. The Court will issue a separate order denying the motions at Dkts. 17, 38, and 43 to relate this action to others.

4. The Court **DEFERS** a ruling on Plaintiffs' motion for expedited discovery at Dkt. 45 until the Parties complete briefing on the jurisdictional issues in connection with Defendants' response to the SAC.

**SO ORDERED.**

Dated: March 24, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

2