**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

Several Motions for Administrative Relief to Consider Whether Cases Should be Related have been filed.  Dkt. 17, 38, 43.  As the judge assigned to case

25-cv-10602-SVK

Shokri Varniab v. Edlow

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|------|-------|---------|-------------|
| 26-cv-00566-SVK | Behdin v. Edlow | | X |
| 26-cv-01993-AGT | MESCHI v. Edlow | | X |
| 26-cv-02494-JCS | SADIGHI v. Edlow | | X |

Dated: March 24, 2026

By: _____

Susan van Keulen

UNITED STATES MAGISTRATE JUDGE

1