CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6474
Fax: (415) 436-6748
sarah.balkissoon@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZAHRA SHOKRI VARNIAB, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-10602-SVK<br>ORDER ON<br>**STIPULATION TO CONTINUE STATUS REPORT AND STATUS CONFERENCE DEADLINES**<br><br>Date: July 21, 2026<br>Time: 10:00 am<br>Location: Zoom<br><br>The Honorable Susan van Keulen |

Pursuant to the Court's June 18, 2026, order, the parties have met and conferred about next steps in this litigation. However, because the parties' discussions are ongoing, the parties need additional time before filing a status report or participating in a status conference. The parties agree as follows:

1. The deadline to file a status report should be continued from July 17, 2026, to July 31, 2026.
2. The July 21, 2026, status conference should be continued to August 4, 2026, at 10:00 a.m.

IT IS SO STIPULATED

Dated: July 16, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney

Attorneys for Defendants

Dated: July 16, 2026

*/s/ Curtis Lee Morrison*
CURTIS LEE MORRISON
Red Eagle Law

Attorneys for Plaintiffs

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, it is hereby ORDERED:

1. The deadline to file a status report is continued from July 17, 2026, to July 31, 2026.

2. The July 21, 2026, status conference is continued to ~~August 4, 2026, at 10:00 a.m~~. August 11, 2026 at 9:30 a.m.

DATED: July 16, 2026

The Honorable Susan van Keulen